UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Mercado,

           -against-

New Windsor NY P.D. 12553, et al.,
                    Defendant(s).
------------------------------------------------------X

**ORDER TO PRODUCE**

7:19-CV-11843 (CS)

<u>Seibel, J.</u>

The Court hereby directs Orange County Jail to produce inmate Matthew Mercado (ID # 201904058) via telephone for a Discovery Conference before the Court on **Wednesday, November 3, 2021 at 11:00 a.m.** The call-in number is **(877) 336 – 1839**, and the access code is **1047966#**.

       **SO ORDERED.**

Dated: October 26, 2021
       White Plains, New York

                                                          _____
                                                          Cathy Seibel, U.S.D.J.