UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Mercado,

              -against-

New Windsor NY P.D. 12553, et al.,
                    Defendant(s).
-------------------------------------------------------X

**ORDER TO PRODUCE**

7:19-CV-11843 (CS)

<u>Seibel, J.</u>

The Court hereby directs Orange County Jail to produce inmate Matthew Mercado (ID # 201904058) via telephone for a Bench Ruling before the Court on **Wednesday, September 21, 2022 at 11:00 a.m.** The call-in number is **(877) 336 – 1839**, and the access code is **1047966#**.

     SO ORDERED.

Dated: September 19, 2022
       White Plains, New York

*Cathy Seibel*
_____
          Cathy Seibel, U.S.D.J.